| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | IN THE |
| vs. | * | UNITED STATES DISTRICT COURT |
| VENKATAASIN K. ORUGANTI | * | FOR MARYLAND |
| Defendant | * | Case No**. 8:24-po-05556-CBA** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

DEAR CLERK:

Please enter the appearance of Angellika M. Campbell, Esquire, on behalf of the Defendant, Venkataasin K. Oruganti, with reference to the above-captioned case.

     s/ *Angellika M. Campbell*
Angellika M. Campbell, Esquire
Law Office of James E. Crawford, Jr.
& Associates, LLC
999 Corporate Boulevard, Suite 100
Linthicum, Maryland 21090
(443) 709-9999
angel@jamescrawfordlaw.com
Attorney for Defendant
AIS/CPF # 2006160036

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 23, 2025, a copy of the foregoing Entry of Appearance was served via ECF on the United States Attorney's Office of the District of Maryland.

     s/ *Angellika M. Campbell*
Angellika M. Campbell, Esquire