| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | IN THE |
| vs. | * | UNITED STATES DISTRICT COURT |
| VENKATAASIN K. ORUGANTI | * | FOR MARYLAND |
| Defendant | * | Case No. **8:24-po-05556-CBA** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO STRIKE APPEARANCE

Please strike the appearance of Mark E. Sobel as counsel for the Defendant for all purposes in the above-captioned case. Angellika Campbell, Esquire already entered her appearance as substitution counsel for the Defendant.

 */s/ Mark E. Sobel*_____
MARK E. SOBEL, ESQUIRE
Law Offices of James E. Crawford, Jr. & Associates
999 Corporate Boulevard, Suite 100
Linthicum, Maryland 21090
(443) 709-9999
mark@jamescrawfordlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 23, 2025, a copy of the foregoing Motion to Strike Appearance was served via ECF, to the Office of the United States Attorney, District of Maryland.

 */s/ Mark E. Sobel*_____
MARK E. SOBEL, ESQUIRE